**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Northern District of Georgia

Case number (*If known*): _____ Chapter **11**

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/24

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Slater Park, LLC |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | Skyline Park |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 81-0902512 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 4242 Hwy 197 | 4514 Chamblee Dunwoody Rd |
| Number        Street | Number        Street |
| | Ste. 214 |
| | P.O. Box |
| Clarkesville        GA        30523 | Atlanta        GA        30338 |
| City        State        ZIP Code | City        State        ZIP Code |
| | |
| | **Location of principal assets, if different from principal place of business** |
| Rabun County | |
| County | Number        Street |
| | |
| | City        State        ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  Slater Park, LLC                                              Case number (*if known*)_____
_____
Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

7225110

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply*:

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____  When _____  Case number _____
                                          MM / DD / YYYY

District _____  When _____  Case number _____
                                          MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.  Debtor _____  Relationship _____

District _____  When _____
                                                          MM  /  DD  / YYYY

Case number, if known _____

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page **2**

| Debtor | Slater Park, LLC | Case number (if known) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number          Street

_____

_____
City                                                    State       ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

---

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

| Debtor | Slater Park, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11/22/2024
　　　　　　　MM  / DD / YYYY

✖ /s/ Brett Hull-Ryde
Signature of authorized representative of debtor

Brett Hull-Ryde
Printed name

Title  CFO

**18. Signature of attorney**

✖ /s/ William Rountree
Signature of attorney for debtor

Date  11/22/2024
　　　　MM   / DD / YYYY

William Rountree
Printed name

Rountree, Leitman, Klein & Geer, LLC
Firm name

2987 Clairmont Road Suite 350
Number　　　　Street

Atlanta
City

GA
State

30329
ZIP Code

404-584-1238
Contact phone

wrountree@rlkglaw.com
Email address

616503
Bar number

GA
State

| **Fill in this information to identify the case:** |
| Debtor name ___Slater Park, LLC_____ |
| United States Bankruptcy Court for the: __Northern District of Georgia___ |
| Case number (If known): _____ |

☐ Check if this is an
amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 1 | Jamestown Ponce City Market LP PO Box 740846 Atlanta, GA, 30353-0846 | | | Disputed | | | 1,291,703.62 |
| 2 | Truist Bank 214 N Tryon Street Charlotte, NC, 28202 | | Guaranty on Slater Hospitality, LLC SBA Loan | | | | 118,119.60 |
| 3 | Georgia Department of Revenue Compliance Division PO Box 105665 Atlanta, GA, 30348-5665 | | Taxes & Other Government Units | | | | 57,450.95 |
| 4 | US Premium Finance 280 Technology Parkway Ste. 200 Norcross, GA, 30092 | | Monies Loaned / Advanced | | | | 45,858.71 |
| 5 | Georgia Department of Revenue Compliance Division PO Box 105665 Atlanta, GA, 30348-5665 | | Taxes & Other Government Units | | | | 44,849.64 |
| 6 | Georgia Department of Labor 148 Andew Young Int'l Blvd. NE Atlanta, GA, 30303-0000 | | Taxes & Other Government Units | | | | 33,960.62 |
| 7 | Rhode Island Novelty PO Box 9278 Fall River, MA, 02720 | | Suppliers or Vendors | | | | 12,235.07 |
| 8 | ABM Industries, Inc. PO Box 74008829 Chicago, IL, 60674-8829 | | Suppliers or Vendors | | | | 10,245.86 |

Debtor ___Slater Park, LLC_____                    Case number (*if known*)_____
　　　　　 Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Allied Universal 161 Washington Street Conshohocken, PA, 19428 | | Suppliers or Vendors | | | | 7,749.50 |
| 10 | ASCAP PO Box 331608 37203-7515 | | Suppliers or Vendors | | | | 6,921.01 |
| 11 | Imperial Bag & Paper PO Box 27305 10087-7305 | | Suppliers or Vendors | | | | 5,583.21 |
| 12 | AmTrust North America PO Box 6939 Cleveland, OH, 44101 | | Services | | | | 4,218.00 |
| 13 | Coca-Cola Bottling Company Poi Box 105637 Atlanta, GA, 30348 | | Suppliers or Vendors | | | | 4,062.42 |
| 14 | Royal Food Service 3720 Zip Industrial Blvd Atlanta, GA, 30354 | | Suppliers or Vendors | | | | 3,281.76 |
| 15 | Wristband Resources 16000 W. Rogers Drive Ste. 100 New Berlin, WI, 53151 | | Suppliers or Vendors | | | | 2,338.52 |
| 16 | Advance Stanchions, Inc. PO Box 211 East Amherst, NY, 14051 | | Suppliers or Vendors | | | | 2,033.00 |
| 17 | CINTAS PO Box 630910 Cincinnati, OH, 45263-1025 | | Suppliers or Vendors | | | | 1,022.28 |
| 18 | Intandem Promotions 1935 Vaughn Road Kennesaw, GA, 30144 | | Suppliers or Vendors | | | | 933.97 |
| 19 | Bay Tek Games, Inc. PO Box 950 Pulaski, WI, 54162-0978 | | Suppliers or Vendors | | | | 740.36 |
| 20 | The Laundry Center 1750 High Trail Atlanta, GA, 30339 | | Services | | | | 682.89 |

ABM Industries, Inc.
PO Box 74008829
Chicago, IL 60674-8829

Advance Stanchions, Inc.
PO Box 211
East Amherst, NY 14051

Allied Universal
161 Washington Street
Conshohocken, PA 19428

AmTrust North America
PO Box 6939
Cleveland, OH 44101

ASCAP
PO Box 331608

Bay Tek Games, Inc.
PO Box 950
Pulaski, WI 54162-0978

Brian R. Smith, Esq.
Arnall Golden Gregory, LLP
171 17th Street NW Ste 2100
Atlanta, GA 30363

CINTAS
PO Box 630910
Cincinnati, OH 45263-1025

City of Atlanta
Office of Revenue
PO Box 932053
Atlanta, GA 31193

Coca-Cola Bottling Company
Poi Box 105637
Atlanta, GA 30348

Conservice
PO Box 1530
Hemet, CA 92546-1530

Cynch - 1341
PO Box 371473
Pittsburgh, PA 15250-7473

Edward Don & Company
2562 Paysphere Circle
Chicago, IL 60674

Fulton County Tax Commissioner
141 Pryor Street, SW
Atlanta, GA 30303

Fulton County Tax Commissioner
P.O. Box 105052
Atlanta, GA 30348-0000

Georgia Department of Labor
148 Andew Young Int'l Blvd. NE
Atlanta, GA 30303-0000

Georgia Department of Labor
148 Andrew Young Inter. Blvd
Room 738
Atlanta, GA 30303-0000

Georgia Department of Revenue
Compliance Division
PO Box 105665
Atlanta, GA 30348-5665

Georgia Department of Revenue
Compliance Division, ARCS - Bankruptcy
1800 Century Blvd NE, Suite 9100
Atlanta, GA 30345

Imperial Bag & Paper
PO Box 27305

Intandem Promotions
1935 Vaughn Road
Kennesaw, GA 30144

Internal Revenue Service
CIO
P.O. Box 7346
Philadelphia, PA 19101-7346

Jamestown Ponce City Market LP
PO Box 740846
Atlanta, GA 30353-0846

Jamestown Ponce City Market, L.P.
Ponce City Market|Attn: General Counsel
675 Ponce de Leon Ave., N.E., 7th Floor
Atlanta, GA 30308

Jamestown Ponce City Market, L.P.
Ponce City Market|Attn Asset Manager
675 Ponce de Leon Ave., N.E., 7th Floor
Atlanta, GA 30308


Rhode Island Novelty
PO Box 9278
Fall River, MA 02720


Royal Food Service
3720 Zip Industrial Blvd
Atlanta, GA 30354


Sysco
2225 Riverdale Road
Atlanta, GA 30337


The Laundry Center
1750 High Trail
Atlanta, GA 30339


Truist Bank
214 N Tryon Street
Charlotte, NC 28202


US Premium Finance
280 Technology Parkway
Ste. 200
Norcross, GA 30092


US Small Business Administration
2 North Street Suite 320
Birmingham, AL 35203


Wristband Resources
16000 W. Rogers Drive Ste. 100
New Berlin, WI 53151

United States Bankruptcy Court

Northern District of Georgia

In re:  Slater Park, LLC                                    Case No.

                                                           Chapter   11

                      Debtor(s)

**Verification of Creditor Matrix**

      The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:  _____11/22/2024_____

/s/ Brett Hull-Ryde
_____
Signature of Individual signing on behalf of debtor

CFO
_____
Position or relationship to debtor