**UNITED STATES BANKRUPTCY COURT**, Northern District of Georgia
Gainesville Division
Room 120 Federal Building
121 Spring Street, SE
Gainesville, GA 30501
www.ganb.uscourts.gov

In
Re:   **Slater Park, LLC**

Case No.: **24–21491–jrs**
Chapter:  **11**
Judge:  **James R. Sacca**

## *ORDER SETTING DEADLINES FOR DEBTOR TO CORRECT FILING DEFICIENCY(IES)*

The Debtor filed a petition under the United States Bankruptcy Code on 11/22/24 . This case contains one or more filing deficiencies that must be corrected. Deficiencies in the items listed below may include failure to file the document, failure to sign the document or failure to submit the document on a form that substantially conforms to the Official Bankruptcy Form. Links to all required Official Bankruptcy Forms and AO Director's national forms and to local rules, forms, instructions and guidelines are on the court website www.ganb.uscourts.gov.

**To be filed by 11/29/24**
None Apply

**To be filed by 11/29/24**
None Apply

**To be Filed by 12/6/24**
Statement of Financial Affairs (Official Form B207)
Schedules A/B thru H (Official Forms B206A/B – B206H)
Summary of Assets and Liabilities (Official Form B206 Summary)
Declaration Under Penalty of Perjury (Official Form B202)
Attorney Disclosure of Compensation Form (Official Form B2030)
Corporate Resolution
List of Equity Security Holders

**If, by the dates set forth above, i) the Debtor fails to file the required papers or correct the deficiencies; ii) no request for an extension of time is pending; or iii) neither the debtor nor any party in interest has requested a hearing thereon, the Court may dismiss this case without further notice or hearing.**

**The Clerk will serve this order on Debtor, Debtor's counsel, and Trustee.**

SO ORDERED, on November 25, 2024.

James R. Sacca
United States Bankruptcy Judge

Form 430c December 2018