## UNITED STATES BANKRUPTCY COURT

### Northern District of Georgia

In  Debtor(s)
Re:  **Slater Park, LLC**
4514 Chamblee Dunwoody Rd
Ste. 214
Atlanta, GA 30338

Case No.: **24−21491−jrs**
Chapter:  **11**
Judge:  **James R. Sacca**

**81−0902512**

### NOTICE OF CONFIRMATION OF CHAPTER 11 PLAN

**NOTICE IS HEREBY GIVEN** pursuant to Federal Rules of Bankruptcy Procedure 3020(c) that an order confirming the plan of the above−named Debtor(s) was entered on   **September 29, 2025** .

Vania S. Allen
Clerk of Court
U.S. Bankruptcy Court

Dated:   September 29, 2025

Form 11c

United States Bankruptcy Court

Northern District of Georgia

| | |
|---|---|
| In re: | Case No. 24-21491-jrs |
| Slater Park, LLC | Chapter 11 |
| Slater Hospitality, LLC | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113E-8 | User: bncadmin | Page 1 of 5 |
| Date Rcvd: Sep 29, 2025 | Form ID: 11c | Total Noticed: 66 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Slater Park, LLC, 4514 Chamblee Dunwoody Rd, Ste. 214, Atlanta, GA 30338-6272 |
| aty | + | Rountree Leitman Klein & Geer, LLC, 2987 Clairmont Rd, Suite 350, Atlanta, GA 30329-4435 |
| smg | | Secretary of the Treasury, 15th & Pennsylvania Avenue, NW, Washington, DC 20200 |
| intp | + | Amanda F Slater, 4242 Hwy 197, Clarkesville, GA 30523-0343 |
| cr | + | Choate Construction Company, Hudson Lambert Parrott Walker, 3575 Piedmont Road, Bldg 15, Suite 200, Atlanta, GA 30305 UNITED STATES 30305-1625 |
| intp | + | Kelvin F Slater, 4242 Hwy 197, Clarkesville, GA 30523-0343 |
| jadmdb | + | Slater Hospitality Events, LLC, 4514 Chamblee Dunwoody Rd, Ste 214, Atlanta, GA 30338-6272 |
| jadmdb | + | Slater Hospitality, LLC, 4242 Hwy 197, Clarkesville, GA 30523-0343 |
| jadmdb | + | Slater Restaurant, LLC, 4514 Chamblee Dunwoody Rd, Ste 214, Atlanta, GA 30338-6272 |
| jadmdb | + | Slater Tower, LLC, 4514 Chamblee Dunwoody Rd, Ste 214, Atlanta, GA 30338-6272 |
| cr | + | United States of America on behalf of U.S. Small B, United States Attorneys Office, 75 Ted Turner Drive, SW, Suite 600, Atlanta, GA 30303-3309 |
| 25036554 | | ABM Industries, Inc., PO Box 74008829, Chicago, IL 60674-8829 |
| 25036555 | + | Advance Stanchions, Inc., PO Box 211, East Amherst, NY 14051-0211 |
| 25042032 | + | All State Mall Services II, PO Box 93717, Las Vegas, NV 89193-3717 |
| 25036556 | + | Allied Universal, 161 Washington Street, Conshohocken, PA 19428-2083 |
| 25042033 | + | Alsco, 4111 Pleasantdale Road, Atlanta, GA 30340-3520 |
| 25036557 | + | AmTrust North America, PO Box 6939, Cleveland, OH 44101-1939 |
| 25036559 | + | Bay Tek Games, Inc., PO Box 950, Pulaski, WI 54162-0950 |
| 25036560 | + | Brian R. Smith, Esq., Arnall Golden Gregory, LLP, 171 17th Street NW Ste 2100, Atlanta, GA 30363-1031 |
| 25042042 | + | Buckhead Linen Service, 3510 Clairmont Road, Atlanta, GA 30319-3626 |
| 25042034 | + | Buckhead Meat of Atlanta, 4500 Wickersham Drive, Atlanta, GA 30337-5122 |
| 25106917 | + | Choate Construction Company, 3575 Piedmont Rd, Bldg 15, Suite 200, Atlanta, GA 30305-1623 |
| 25036562 | + | City of Atlanta, Office of Revenue, PO Box 932053, Atlanta, GA 31193-2053 |
| 25036563 | + | Coca-Cola Bottling Company, Poi Box 105637, Atlanta, GA 30348-5637 |
| 25036564 | | Conservice, PO Box 1530, Hemet, CA 92546-1530 |
| 25036565 | | Cynch - 1341, PO Box 371473, Pittsburgh, PA 15250-7473 |
| 25036566 | + | Edward Don & Company, 2562 Paysphere Circle, Chicago, IL 60674-0001 |
| 25042037 | | Halperns, 4381 Beach Haven Trail, Ste. 100, Atlanta, GA 30339 |
| 25036574 | + | Intandem Promotions, 1935 Vaughn Road, Kennesaw, GA 30144-7144 |
| 25036576 | + | Jamestown Ponce City Market LP, PO Box 740846, Atlanta, GA 30374-0846 |
| 25036578 | + | Jamestown Ponce City Market, L.P., Ponce City Market, Attn Asset Manager, 675 Ponce de Leon Ave., N.E., 7th Floor, Atlanta, GA 30308-2186 |
| 25036577 | + | Jamestown Ponce City Market, L.P., Ponce City Market, Attn: General Counsel, 675 Ponce de Leon Ave., N.E., 7th Floor, Atlanta, GA 30308-2186 |
| 25248536 | + | Jamestown Ponce City Market, L.P., c/o Caiola & Rose, LLC, Attn: Elizabeth B. Rose, 125 Clairemont Avenue, Suite 240, Decatur, GA 30030-2580 |
| 25042038 | + | MAC Papers LLC, PO Box 745747, Atlanta, GA 30374-5747 |
| 25036579 | + | Rhode Island Novelty, PO Box 9278, Fall River, MA 02720-0005 |
| 25036580 | + | Royal Food Service, 3720 Zip Industrial Blvd, Atlanta, GA 30354-2937 |
| 25042043 | + | Society Insurance, 2500 Cumberland Parkway, Ste. 400, Atlanta, GA 30339-3923 |
| 25036581 | + | Sysco, 2225 Riverdale Road, Atlanta, GA 30337-5121 |
| 25042040 | + | TCR, Inc., PO Box 187, Clarkston, GA 30021-0187 |
| 25042041 | + | The Engleman's Bakery, 6185 Brook Hollow Pkwy, Norcross, GA 30071-3537 |
| 25036582 | + | The Laundry Center, 1750 High Trail, Atlanta, GA 30339-5617 |

District/off: 113E-8                        User: bncadmin                        Page 2 of 5

Date Rcvd: Sep 29, 2025                     Form ID: 11c                          Total Noticed: 66

| | | |
|---|---|---|
| 25250775 | + | Truist Bank, c/o Graham H. Stieglitz, Burr & Forman LLP, 1075 Peachtree St. NE, Ste. 3000, Atlanta, GA 30309-3912 |
| 25036585 | | US Small Business Administration, 2 North Street Suite 320, Birmingham, AL 35203 |
| 25036586 | + | Wristband Resources, 16000 W. Rogers Drive Ste. 100, New Berlin, WI 53151-2257 |

TOTAL: 44

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 29 2025 20:28:00 | Internal Revenue Service, P. O. Box 7346, Philadelphia, PA 19101-7346 |
| smg | | Email/Text: atlreorg@sec.gov | Sep 29 2025 20:28:00 | U. S. Securities and Exchange Commission, Office of Reorganization, Suite 900, 950 East Paces Ferry Road, NE, Atlanta, GA 30326-1382 |
| cr | + | Email/Text: tc.bankruptcy@fultoncountyga.gov | Sep 29 2025 20:28:00 | Fulton County Tax Commissioner, 141 Pryor Street, S.W., Atlanta, GA 30303-3446 |
| 25107544 | + | Email/Text: ahochheiser@mauricewutscher.com | Sep 29 2025 20:28:00 | AmTrust North America, Inc. on behalf of, Security National Insurance Company, c/o Maurice Wutscher LLP, 23611 Chagrin Blvd. Suite 207, Beachwood, OH 44122-5540 |
| 25088887 | | Email/PDF: bncnotices@becket-lee.com | Sep 29 2025 20:42:43 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 25036561 | | Email/Text: stephen.malkiewicz@cintas.com | Sep 29 2025 20:28:00 | CINTAS, PO Box 630910, Cincinnati, OH 45263-1025 |
| 25042035 | ^ | MEBN | Sep 29 2025 20:30:23 | Cozzini Bros, Inc., 350 Howard Avenue, Des Plaines, IL 60018-1908 |
| 25036568 | + | Email/Text: tc.bankruptcy@fultoncountyga.gov | Sep 29 2025 20:28:00 | Fulton County Tax Commissioner, P.O. Box 105052, Atlanta, GA 30348-5052 |
| 25036567 | + | Email/Text: tc.bankruptcy@fultoncountyga.gov | Sep 29 2025 20:28:00 | Fulton County Tax Commissioner, 141 Pryor Street, SW, Atlanta, GA 30303-3446 |
| 25036571 | | Email/Text: brnotices@dor.ga.gov | Sep 29 2025 20:28:00 | Georgia Department of Revenue, Compliance Division, PO Box 105665, Atlanta, GA 30348-5665 |
| 25036572 | | Email/Text: brnotices@dor.ga.gov | Sep 29 2025 20:28:00 | Georgia Department of Revenue, Compliance Division, ARCS - Bankruptcy, 1800 Century Blvd NE, Suite 9100, Atlanta, GA 30345 |
| 25042036 | | Email/Text: bankruptcynotice@gfifoods.com | Sep 29 2025 20:27:00 | Gourmet Foods International, 29205 Network Place, Chicago, IL 60673 |
| 25036569 | ^ | MEBN | Sep 29 2025 20:26:36 | Georgia Department of Labor, 148 Andew Young Int'l Blvd. NE, Atlanta, GA 30303-1751 |
| 25036570 | ^ | MEBN | Sep 29 2025 20:26:37 | Georgia Department of Labor, 148 Andrew Young Inter. Blvd, Room 738, Atlanta, GA 30303-1733 |
| 25243469 | ^ | MEBN | Sep 29 2025 20:26:37 | Georgia Department of Labor, Unemployment Insurance Legal Section, 148 Andrew Young Intl Blvd NE, Ste 826, Atlanta, GA 30303-1732 |
| 25036748 | ^ | MEBN | Sep 29 2025 20:26:39 | Georgia Dept. of Labor, Suite 910, 148 Andrew Young Inter. Blvd., NE, Atlanta GA 30303-1751 |
| 25036749 | ^ | MEBN | Sep 29 2025 20:26:39 | Georgia Dept. of Labor, Suite 826, 148 Andrew Young Inter. Blvd., NE, Atlanta GA 30303-1751 |
| 25042039 | + | Email/Text: Bankruptcy@selective.com | Sep 29 2025 20:28:00 | Selective Insurance Company, PO Box 371468, Pittsburgh, PA 15250-7468 |
| 25036583 | + | Email/Text: bankruptcy@bbandt.com | Sep 29 2025 20:28:00 | Truist Bank, 214 N Tryon Street, Charlotte, NC 28202-1078 |
| 25111166 | ^ | MEBN | Sep 29 2025 20:30:44 | U.S. Small Business Administration, 233 |

| | | | | |
|---|---|---|---|---|
| | | | | Peachtree Street NE, Ste. 300, Atlanta, GA 30303-1553 |
| 25036584 | Email/Text: jlippincott@uspremiumfinance.com | | Sep 29 2025 20:27:00 | US Premium Finance, 280 Technology Parkway, Ste. 200, Norcross, GA 30092 |
| 25036750 | Email/Text: USAGAN.Bankruptcy@usdoj.gov | | Sep 29 2025 20:28:00 | United States Attorney, Northern District of Georgia, 75 Ted Turner Drive SW, Suite 600, Atlanta GA 30303-3309 |

TOTAL: 22

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 25036558 | | ASCAP, PO Box 331608 |
| 25036573 | | Imperial Bag & Paper, PO Box 27305 |
| 25036575 | * | Internal Revenue Service, CIO, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2025        Signature:     _/s/Gustava Winters_

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alan C. Hochheiser | on behalf of Creditor AmTrust North America  Inc. ahochheiser@mauricewutscher.com |
| Alexander Jay Bell | on behalf of Creditor Choate Construction Company abell@hlpwlaw.com  kmcdaniel@hlpwlaw.com |
| Andres H. Sandoval | on behalf of Creditor United States of America on behalf of U.S. Small Business Administration andres.sandoval@usdoj.gov CaseView.ECF@usdoj.gov;deanna.lancaster@usdoj.gov |
| Ceci Christy | on behalf of Debtor Slater Restaurant  LLC cchristy@rlkglaw.com, wgeer@rlkglaw.com;willgeer@ecf.courtdrive.com;2836@notices.nextchapterbk.com;6717577420@filings.docketbird.com;emiller@rlkglaw.com;dsideris@rlkglaw.com;lmassey@rlkglaw.com;lpolvino@rlkglaw.com |
| Ceci Christy | on behalf of Debtor Slater Hospitality Events  LLC cchristy@rlkglaw.com, wgeer@rlkglaw.com;willgeer@ecf.courtdrive.com;2836@notices.nextchapterbk.com;6717577420@filings.docketbird.com;emiller@rlkglaw.com;dsideris@rlkglaw.com;lmassey@rlkglaw.com;lpolvino@rlkglaw.com |
| Ceci Christy | on behalf of JointAdmin Debtor Slater Hospitality Events  LLC cchristy@rlkglaw.com, wgeer@rlkglaw.com;willgeer@ecf.courtdrive.com;2836@notices.nextchapterbk.com;6717577420@filings.docketbird.com;emiller@rlkglaw.com;dsideris@rlkglaw.com;lmassey@rlkglaw.com;lpolvino@rlkglaw.com |
| Ceci Christy | |

District/off: 113E-8                                    User: bncadmin                                          Page 4 of 5
Date Rcvd: Sep 29, 2025                                 Form ID: 11c                                        Total Noticed: 66

on behalf of JointAdmin Debtor Slater Tower LLC cchristy@rlkglaw.com,
wgeer@rlkglaw.com;willgeer@ecf.courtdrive.com;2836@notices.nextchapterbk.com;6717577420@filings.docketbird.com;emille
r@rlkglaw.com;dsideris@rlkglaw.com;lmassey@rlkglaw.com;lpolvino@rlkglaw.com

Ceci Christy

on behalf of Debtor Slater Hospitality LLC cchristy@rlkglaw.com,
wgeer@rlkglaw.com;willgeer@ecf.courtdrive.com;2836@notices.nextchapterbk.com;6717577420@filings.docketbird.com;emille
r@rlkglaw.com;dsideris@rlkglaw.com;lmassey@rlkglaw.com;lpolvino@rlkglaw.com

Ceci Christy

on behalf of Debtor Slater Tower LLC cchristy@rlkglaw.com,
wgeer@rlkglaw.com;willgeer@ecf.courtdrive.com;2836@notices.nextchapterbk.com;6717577420@filings.docketbird.com;emille
r@rlkglaw.com;dsideris@rlkglaw.com;lmassey@rlkglaw.com;lpolvino@rlkglaw.com

Ceci Christy

on behalf of JointAdmin Debtor Slater Hospitality LLC cchristy@rlkglaw.com,
wgeer@rlkglaw.com;willgeer@ecf.courtdrive.com;2836@notices.nextchapterbk.com;6717577420@filings.docketbird.com;emille
r@rlkglaw.com;dsideris@rlkglaw.com;lmassey@rlkglaw.com;lpolvino@rlkglaw.com

Ceci Christy

on behalf of Debtor Slater Park LLC cchristy@rlkglaw.com,
wgeer@rlkglaw.com;willgeer@ecf.courtdrive.com;2836@notices.nextchapterbk.com;6717577420@filings.docketbird.com;emille
r@rlkglaw.com;dsideris@rlkglaw.com;lmassey@rlkglaw.com;lpolvino@rlkglaw.com

Ceci Christy

on behalf of JointAdmin Debtor Slater Restaurant LLC cchristy@rlkglaw.com,
wgeer@rlkglaw.com;willgeer@ecf.courtdrive.com;2836@notices.nextchapterbk.com;6717577420@filings.docketbird.com;emille
r@rlkglaw.com;dsideris@rlkglaw.com;lmassey@rlkglaw.com;lpolvino@rlkglaw.com

David S. Weidenbaum

on behalf of U.S. Trustee Office of the United States Trustee david.s.weidenbaum@usdoj.gov

Elizabeth Barger Rose

on behalf of Creditor Jamestown Ponce City Market L.P. Elizabeth@caiolarose.com,
amber@caiolarose.com;tina@caiolarose.com;sarah@caiolarose.com

Emily Kornfeld

on behalf of Creditor Choate Construction Company ekornfeld@hlpwlaw.com

G. Frank Nason, IV

on behalf of Interested Party Kelvin F Slater fnason@lcenlaw.com  NasonFR86494@notify.bestcase.com;jkortman@lcenlaw.com

G. Frank Nason, IV

on behalf of Interested Party Amanda F Slater fnason@lcenlaw.com
NasonFR86494@notify.bestcase.com;jkortman@lcenlaw.com

Graham H. Stieglitz

on behalf of Creditor TRUIST BANK gstiegli@burr.com  brobinson@burr.com

Graham H. Stieglitz

on behalf of Creditor Truist Bank gstiegli@burr.com  brobinson@burr.com

Kevin Hudson

on behalf of Creditor Choate Construction Company khudson@hlpwlaw.com  fslaveikis@hlpwlaw.com

Kimberly B. Reeves

on behalf of Creditor Jamestown Ponce City Market L.P. kimberly@caiolarose.com,
tina@caiolarose.com,amber@caiolarose.com,sarah@caiolarose.com

Office of the United States Trustee

ustpregion21.at.ecf@usdoj.gov

Vivieon K Jones

on behalf of Creditor United States of America by and through the U.S. Small Business Administration vivieon.jones@usdoj.gov
deanna.lancaster@usdoj.gov,mailto:CaseView.ECF@usdoj.gov

Vivieon K Jones

on behalf of Creditor United States of America on behalf of the U.S. Small Business Administration vivieon.jones@usdoj.gov
deanna.lancaster@usdoj.gov,mailto:CaseView.ECF@usdoj.gov

Will B. Geer

on behalf of Debtor Slater Tower LLC wgeer@rlkglaw.com,
dsideris@rlkglaw.com;willgeer@ecf.courtdrive.com;2836@notices.nextchapterbk.com;6717577420@filings.docketbird.com;emil
ler@rlkglaw.com;lmassey@rlkglaw.com;lpolvino@rlkglaw.com

Will B. Geer

on behalf of Debtor Slater Hospitality Events LLC wgeer@rlkglaw.com,
dsideris@rlkglaw.com;willgeer@ecf.courtdrive.com;2836@notices.nextchapterbk.com;6717577420@filings.docketbird.com;emil
ler@rlkglaw.com;lmassey@rlkglaw.com;lpolvino@rlkglaw.com

Will B. Geer

on behalf of Attorney Rountree Leitman Klein & Geer LLC wgeer@rlkglaw.com,
dsideris@rlkglaw.com;willgeer@ecf.courtdrive.com;2836@notices.nextchapterbk.com;6717577420@filings.docketbird.com;emil

District/off: 113E-8                           User: bncadmin                                    Page 5 of 5
Date Rcvd: Sep 29, 2025                         Form ID: 11c                                  Total Noticed: 66

ler@rlkglaw.com;lmassey@rlkglaw.com;lpolvino@rlkglaw.com

Will B. Geer

on behalf of Debtor Slater Park  LLC wgeer@rlkglaw.com,
dsideris@rlkglaw.com;willgeer@ecf.courtdrive.com;2836@notices.nextchapterbk.com;6717577420@filings.docketbird.com;emil
ler@rlkglaw.com;lmassey@rlkglaw.com;lpolvino@rlkglaw.com

William A. Rountree

on behalf of Debtor Slater Park  LLC wrountree@rlkglaw.com,
6717577420@filings.docketbird.com;wgeer@rlkglaw.com;2836@notices.nextchapterbk.com;willgeer@ecf.courtdrive.com;emille
r@rlkglaw.com;emillerrlkg@ecf.courtdrive.com;dsideris@rlkglaw.com;lmassey@rlkglaw.com;lpolvino&#06

William A. Rountree

on behalf of Debtor Slater Restaurant  LLC wrountree@rlkglaw.com,
6717577420@filings.docketbird.com;wgeer@rlkglaw.com;2836@notices.nextchapterbk.com;willgeer@ecf.courtdrive.com;emille
r@rlkglaw.com;emillerrlkg@ecf.courtdrive.com;dsideris@rlkglaw.com;lmassey@rlkglaw.com;lpolvino&#06

William A. Rountree

on behalf of Debtor Slater Hospitality  LLC wrountree@rlkglaw.com,
6717577420@filings.docketbird.com;wgeer@rlkglaw.com;2836@notices.nextchapterbk.com;willgeer@ecf.courtdrive.com;emille
r@rlkglaw.com;emillerrlkg@ecf.courtdrive.com;dsideris@rlkglaw.com;lmassey@rlkglaw.com;lpolvino&#06


TOTAL: 31